FILED
SUPERIOR COURT
OF GUAM

2018 MAY 21 AM 11: 22

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT
## OF GUAM

ADRIAN L. CRISTOBAL, CONCEPCION F. CRISTOBAL, JORGE E. U. CRISTOBAL, BEATRIZ CRISTOBAL, E.C. LEON GUERRERO, ALBERTO C. LAMORENA III, TRUSTEE, and FE C. LAMORENA,

        Plaintiffs,

    vs.

JEFFREY SIEGEL, FRANCIS L. GILL, and CORAL PIT, INC.

        Defendants.

Case No. CV0442-88

**DECISION & ORDER**

## INTRODUCTION

This matter is before the Honorable Michael J. Bordallo on Defendant Bottomless Pit, LLC's (successor in interest to Coral Pit, Inc.) February 14, 2018 Motion to Substitute. Attorney William Benjamin Pole represents Defendant Bottomless Pit, LLC ("Bottomless"). Attorney Anthony Camacho represents Plaintiffs Estate of FE C. Lamorena and Jorge E.U. Cristobal Trust. Having considered the moving papers, arguments, record, and applicable law, the Court issues the following Decision and Order granting Defendant Bottomless Pit, LLC's Motion to Substitute.

## BACKGROUND

The current issue arises out of Defendant Bottomless Pit, LLC's February 14, 2018 Motion to Substitute. Bottomless argues that Concepcion F. Cristobal may have owned an

interest in property at issue in this matter. Thus, because Concepcion passed away in September 2015, Bottomless requests this Court to substitute Adrian F. Cristobal, the Administrator of Concepcion's Estate, for Concepcion in these proceedings. On March 21, 2018, Plaintiffs Estate of FE C. Lamorena and Jorge E.U. Cristobal Trusts filed an Opposition in response to Bottomless's motion. Plaintiffs argue that the Court must deny Bottomless's motion because substantial litigation has ensued after Concepcion's death and because it is untimely.

**ISSUE**

Whether the Court will allow Adrian F. Cristobal, as Administrator of Concepcion F. Cristobal's Estate, to substitute Concepcion F. Cristobal in this matter.

**FACTS**

1. Concepcion F. Cristobal was a Plaintiff in this matter. She executed a Settlement Agreement on January 17, 1996.

2. She passed away on September 26, 2015.

3. Adrian L. Cristobal serves as the Administrator of her Estate in PR0190-15.

4. A filed Suggestion of Death Upon the Record Under Rule 25(a)(1) is not on record in this matter.

**PRINCIPLES OF LAW**

**Substitution of a Party**

The Guam Rules of Civil Procedure provides:

**Rule 25. Substitution of Parties.**
(a) Death
(1) If a party dies and the claim is not hereby extinguished, the court may order substitution of the proper parties. The motion for substitution may be made by any party or by the successors or representatives of the deceased party… Unless the motion for substitution is made not later than 90 days after death is suggested upon the record by service of a statement of the fact of the death as provided

herein for the services of the motion, the action shall be dismissed as to the deceased party.

Guam R. Civ. P. 25(a)(1).

## ANALYSIS

In this matter, Defendant Bottomless Pit, LLC requests this Court to substitute Adrian L. Cristobal, as Administrator of the Estate of Concepcion F. Cristobal, for the deceased Concepcion F. Cristobal. Plaintiffs Estate of FE C. Lamorena and Jorge E.U. Cristobal Trusts oppose the substitution on the grounds that the motion is untimely under the rules. However, after a review of the file, the Court finds that a Suggestion of Death Upon the Record has not been filed or served on the parties. Thus, because the statement has not been filed, the Court concludes that the motion is not untimely. Further, the Court finds that the requested substitution would facilitate the resolution of this matter. Accordingly, the Court GRANTS Defendant Bottomless Pit, LLC's Motion to Substitute.

## CONCLUSION AND ORDER

For the reasons set forth above, the Court GRANTS Defendant Bottomless Pit, LLC's Motion to Substitute. Adrian F. Cristobal, as Administrator of the Estate of Concepcion F. Cristobal, shall take the place of Plaintiff Concepcion F. Cristobal in these proceedings.

SO ORDERED, this _21_ day of _May_ 2018.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto placed in the court box of:
A. Camacho
Cumbostos + pou
Date: 5/24/18  Time: 11:30

Deputy Clerk, Superior Court of Guam